# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CINDY GARCIA,<br><br>Defendant. | Case No. **20MJ1129**<br><br>**COMPLAINT**<br><br>TITLE 18 U.S.C. §1071<br>HARBORING AND CONCEALING<br>A FUGITIVE (Felony) |

The undersigned complainant, being duly sworn, states:

On or about February 26, 2020, in the Southern District of California, the defendant, CINDY GARCIA, harbored and concealed, Ivan Martinez a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of Ivan Martinez, after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of Ivan Martinez, and which warrant had been issued on a felony charge, in violation of title 18, United States Code, Section 1071.

The complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

KEVIN LANEY, DUSM
U.S. Marshal Service

SWORN AND SUBSCRIBED TO before me this 13th day of March 2020.

ALLISON H. GODDARD
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT
*(USA v. CINDY GARCIA)*

1.    Furthermore, the complainant states that *Heriberto Castillo-Castillo* is a citizen of a country other than the United States that said alien has admitted that he is deportable that his testimony is material, that it is impracticable to secure their attendance at the trial by subpoena and he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

2.    On November 9, 2017, District Judge Janis L. Sammartino, issued an arrest warrant for Ivan Martinez ("Martinez") in case 13CR1776-JLS, for failure to appear. Martinez was originally charged with a violation of Title 8, U.S.C., § 1326, and absconded while on bond prior to trial.

3.    On February 24, 2020, Deputy U.S. Marshal ("DUSM") O'Toole developed information from a periodic NCIC record validation check that Martinez was arrested by the San Diego County Sheriff's Department ("SDSD") on January 17, 2020 for domestic violence (SDSD Case#20103103.)

4.    On February 26, 2020, at 6:00AM, DUSM O'Toole met with DUSM Laney and other members of the San Diego Fugitive Task Force ("SDFTF") in Vista, CA. At approximately 7:00AM. Deputies contacted Martinez's girlfriend, CINDY GARCIA ("GARCIA") at her residence, 1971 Anna Lane, Vista, CA.  GARCIA provided information that Martinez has lived at her residence for approximately the last year and a half. GARCIA stated that Martinez had departed for work at approximately 6:00AM.  Martinez worked as a roofer by at Sylvester Roofing, in Escondido, CA. DUSM Laney admonished GARCIA, in front of DUSM O'Toole, that GARCIA there was a warrant for Martinez's arrest and she was not to contact Martinez and warn him of their search.  DUSM Laney further explained to GARCIA that she could be prosecuted for harboring a fugitive, and that it is illegal under federal law to harbor or conceal a fugitive. GARCIA stated she would not contact or advise Martinez of the DUSM's search and would the deputies if he returned.

5.  At approximately 8:00AM, DUSMs O'Toole and Laney, and TFO Davis, arrived at Sylvester Roofing, spoke to a manager, and requested information about the whereabouts of Martinez. They were advised that Martinez was operating a company truck and he was dispatched to two job sites for roofing repairs, the first was in the Mission Valley area and the second location was in the Carlsbad area. The manager advised that the company trucks were equipped with GPS and would assist in locating Martinez. While DUSMs O'Toole, Laney, and Officer Davis were still on site, the manager accessed the GPS location of the truck Martinez was assigned to drive. Initially the GPS showed the truck was southbound HWY163 in the Kearney Mesa area. At the conclusion of the conversation the truck was located on East bound HWY 52 near Santee toward a company owned material where Martinez was possibly going to before his first job.

6.  DUSM Laney contacted members of the SDFTF and sent them to intercept Martinez at his first job site in Mission Valley. DUSMs Laney, O'Toole, and TFO Davis started for the jobsite as well.

7.  While in route to Martinez's first job site, DUSM O'Toole was contacted by a representative from Sylvester Roofing who advised that Martinez's truck was now northbound on Interstate 5 in the area of La Jolla. Based on the address of MARTINEZ's first jobsite it was believed that MARTINEZ may have deviated from his assignments and be headed to his Carlsbad jobsite for an unknown reason. Martinez's employer said that there should be no reason for him to skip a job.

8.  While members of the SDFTF attempted to get into positon to intercept Martinez in Carlsbad, an updated location was provided by Sylvester Roofing showing that Martinez bypassed Carlsbad and was now eastbound on HWY 78 in Oceanside. Based on this information it was evident to SDFTF members that Martinez was not going to his jobsites and was fleeing, thus indicating that he had knowledge that the SDFTF was looking for him,

9.  With an updated location of Martinez's truck SDFTF members were able to locate the truck near the intersection of Thunder Drive and College Blvd. in Oceanside. TFO Mahin observed the truck at a red light on the east side of College Blvd, where a DUSM

was able to positively identified the driver as Martinez. At approximately 9:15AM a marked California Highway Patrol unit assisted in a vehicle stop and Martinez was arrested without incident.

10. A few minutes later a male was observed walking up the street from College Blvd. toward Martinez. While Martinez was being placed into a vehicle to be transported the male said something to Martinez in Spanish. TFO Perata overhead the exchange and asked the male if he knew Martinez, the male said he was family.

11. Believing that the male was involved in Martinez's attempt to flee and avoid apprehension, DUSM Laney contacted the individual as he attempted to walk away. DUSM Laney asked the male if had identification, to which he responded "no." DUSM Laney then inquired if the male was in the United States legally or had documentation to be in the United States legally. The male responded, "No comment." DUSM Laney notified TFO S. Davis, who is a sworn Special Deputy U.S. Marshal assigned to the U.S. Marshals Fugitive Task Force that he may want to speak with the as yet unidentified male.

12. TFO Davis utilized his Department of Homeland Security (DHS) Mobile Fingerprint Device to fingerprint the male to obtain his identification and immigration status. TFO Davis positively identified the individual as Heriberto Castillo-Castillo. TFO Davis conducted additional records inquires on Castillo that showed he had no lawful status to enter or remain in the United States. TFO Davis placed Castillo under arrest.

13. During the booking process Castillo told TFO Davis that he was in the area to pick up Martinez and that he didn't know Martinez was a fugitive. Castillo stated that Martinez informed him that Martinez's girlfriend "Cindy" told Martinez not to go home and asked Castillo to meet him at a location in Vista, CA. Castillo further questioned if everything was "ok" and Martinez kept telling him (Castillo) that "Cindy" said I can't go home.

14. Shortly after MARTINEZ was arrested DUSM Laney noticed that Martinez's phone was ringing. DUSM Laney saw that it was an incoming <u>video</u> call from a contact titled "*My Love.*" DUSM Laney answered the call in the event it was someone checking on

the welfare of Martinez. When the call connected, DUSM Laney saw an individual he immediately recognized as CINDY GARCIA, based on his encounter with her earlier in the day. GARCIA asked if Martinez was ok and DUSM Laney told her that he was in custody. DUSM Laney then asked GARCIA if she remembered the conversation they had a few hours ago at her residence about not calling Martinez and what the consequences might be. GARCIA said she remembered the conversation. DUSM Laney again asked GARCIA if she remembered what they spoke about regarding not alerting Martinez to the attempt to locate him, GARCIA again said she remembered. DUSM Laney terminated the call.

15. Based on the above information I believe there is probable cause to establish that GARICA's actions constitute a violation of Title 18, U.S.C., Section 1071 – Concealing a Person A Fugitive; and *Heriberto Castillo-Castillo* is a material witness to her criminal conduct.